LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

> Application for stay is denied. Completion of all fact discovery is extended to October 9, 2015. The conference scheduled for September 25, 2015 is adjourned to October, 30 2015 at 3:00 p.m.
> SO ORDERED.
> August 17, 2015
>
> P. Kevin Castel
> United States District Judge

August 13, 2015

**VIA ECF**

Hon. P. Kevin Castel, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Whorley v. Jonrocman 930, LLC et al*, 14 CV 1239 (PKC)

Dear Judge Castel:

    This firm represents the plaintiff in the above-referenced action. I first apologize for any inconvenience to the Court concerning the motion to conditionally certify a collective action. My office replaced our outgoing sole legal secretary at the end of last month, and I regret that the Court's July 20, 2015, order appears to have been lost in the reshuffling. However, I'm pleased to report that the parties are working to conclude a settlement of this action, and request a one-month stay of the scheduling order to effectuate it. I thank the Court for its time and consideration.

                                Respectfully submitted,

                                Brandon D. Sherr